IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JESSICA D. ATLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 126-013 |
| | ) | |
| WALMART INC.; WAL-MART STORES | ) | |
| EAST, LP; WAL-MART REAL ESTATE | ) | |
| BUSINESS TRUST; JOHN/JANE DOES | ) | |
| 1-5; and RICHARD ROE CORPORATIONS | ) | |
| 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After having filed an answer in the Superior Court of Columbia County, Georgia, Defendants removed this case to federal court on January 15, 2026. (Doc. nos. 1, 1-2.) The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 3.) However, no Rule 26(f) Report has been filed. Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order and to file a joint 26(f) Report within seven days of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 24th day of February, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA