**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

JESSICA D. ATLAS

Plaintiff,

v.

WALMART INC.; WAL-MART STORES EAST, LP; WAL-MART REAL ESTATE BUSINESS TRUST; JOHN/JANE DOES 1-5; and RICHARD ROE CORPORATIONS 15,

Defendants.

______________________________/

Civil Action File No.
1:26-cv-00013-JRH

**NOTICE OF SETTLEMENT**

Come now the parties and notify the Court that this case has settled. The Parties will file with the Court a Consent Order for Dismissal with Prejudice within forty-five (45) days as the parties are awaiting the settlement documents in order that the settlement check may be ordered and disbursed.

Respectfully submitted this 13th day of November, 2026.

/s/ M. Chace Hawk
M. Chace Hawk
Georgia Bar No. 440388
Attorney for Plaintiff
338 Telfair Street
Augusta, GA 30901
(706) 722-3500
chawk@hawklawgroup.com

/s/ Leslie J. Miller
Leslie J. Miller
Georgia Bar No. 394961
Attorney for Defendant
20 Market Street, Suite 106
St. Simons Island, GA 31522
(404) 365-7133
lmiller@mmatllaw.com